No. 98–54. DODD ET UX. *v.* HOOD RIVER COUNTY ET AL. C. A. 9th Cir. Motion of Hans Hoeck for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 98–62. ETHICON, INC., ET AL. *v.* UNITED STATES SURGICAL CORP. ET AL. C. A. Fed. Cir. Motion of American Home Products Corp. et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 98–69. SAL TINNERELLO & SONS, INC. *v.* TOWN OF STONINGTON ET AL. C. A. 2d Cir. Motion of BFI Waste Systems of North America for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 98–86. SHOEN *v.* SHOEN ET AL. Ct. App. Ariz. Certiorari denied. JUSTICE THOMAS took no part in the consideration or decision of this petition.

No. 98–5055. MILLER ET AL. *v.* LORAIN COUNTY BOARD OF ELECTIONS ET AL. C. A. 6th Cir. Motion of Coalition for Free and Open Elections et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.